UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:18-CV-74-EBA

LYNN MAGGARD,    PLAINTIFF,

V.     **JUDGMENT**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security Administration,    DEFENDANT.

In compliance with Fed.R.Civ.P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)    the administrative decision is AFFIRMED; and

(2)    the above-styled action is STRICKEN from this Court's active docket.

Signed July 31, 2019.

Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge